

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PERMICO ROYALTIES, LLC and ALDEN OESTREICH, | § | No. 08-22-00168-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 143rd Judicial District Court |
| v. | | |
| | § | of Ward County, Texas |
| BARRON PROPERTIES LTD, KNACKWURST PROPERTIES LLC, and E. DON POAGE | § | (TC# 21-09-25858-CVW) |

Appellees.

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order and render judgment that the Rodgers Deed reserved a floating 1/2 royalty interest.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant and all costs incurred in the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2023.


LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.